[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 49.]

THE STATE OF OHIO, APPELLANT, *v*. BEEMAN ET AL., APPELLEES.

[Cite as *State v. Beeman*, 1995-Ohio-221.]

*Appellate procedure—Judgment of court of appeals affirmed when there is no final appealable order.*

(Nos. 94-1483 and 94-1484—Submitted October 10, 1995—Decided November 22, 1995.)

APPEALS from the Court of Appeals for Cuyahoga County, Nos. 67207 and 67208.

————————————

*Stephanie Tubbs Jones*, Cuyahoga County Prosecuting Attorney, *Melody A. White* and *Karen L. Johnson,* Assistant Prosecuting Attorneys, for appellant.

*John P. Parker*, for appellee Sandra Beeman in case No. 94-1483.

*Mark A. Gardner*, for appellee Gary L. Beeman in case No. 94-1484.

————————————

{¶ 1} The judgment of the court of appeals is affirmed for the reason that there is no final appealable order.

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY, PFEIFER, and COOK, JJ., CONCUR.

RESNICK, J., dissents and would reverse the judgment of the court of appeals.

————————————